

**IT IS ORDERED as set forth below:**

**Date: June 24, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **ANTONETTE FERRELL GREEN,** | CASE NO. **15-73121-CRM** |
| Debtor. | |
| | |
| CITIMORTGAGE, INC., | |
| Movant, | CONTESTED MATTER |
| v. | |
| ANTONETTE FERRELL GREEN, | |
| NANCY J. WHALEY, Trustee, | |
| Respondents. | |

**ORDER ON STAY RELIEF**

Movant filed a *Motion for Relief from Stay* April 25, 2016, together with a Notice of Hearing set for May 17, 2016 (Doc. No. 44), which was rescheduled to June 14, 2016, regarding Debtor's real estate located at 4002 Carisbrook Drive, Union City, GA 30291 (the "Property")

("Motion") and contends service of the Motion and notice was proper upon Respondents. As no opposition was filed or advocated at the call of the calendar, it is hereby

ORDERED that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 (a) as to the Property is *modified* to allow Movant, its successors and/or assigns, to exercise its rights under the power of sale provisions contained in its Security Deed and as provided for by the laws of the State of Georgia, including advertising to effectuate a foreclosure sale at the earliest possible date, gaining possession of the Property, and then applying the proceeds therefrom to Movant's lawful claim; provided, however, that any proceeds of sale then remaining shall be promptly remitted to the Trustee for the benefit of the Estate and its creditors according to the priorities established by law. Trustee is to cease funding any pre-petition arrearage claim. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

**[END OF DOCUMENT]**

PRESENTED BY:

By:    /s/
Viraj Deshmukh
Georgia Bar No. 925812
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346
(770) 392-0303

*Attorney for Movant*

NO OPPOSITION:

By:    /s/        *with express permission*
Julie M. Anania, attorney for Nancy J. Whaley
Georgia Bar No. 477064
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
(678) 992-1201
Chapter 13 Trustee

DISTRIBUTION LIST

Antonette Ferrell Green
4002 Carisbrook Drive
Union City, GA 30291

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Shapiro, Pendergast & Hasty, LLP
211 Perimeter Center Parkway
Suite 300
Atlanta, GA 30346