# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **ANTONETTE FERRELL GREEN** ) | CASE NO. **15-73121-**CRM |
| *A/K/A ANTONETTE FERRELL GREEN* ) | |
| *A/K/A ANTONETTE FERRELL* ) | |
| *A/K/A ANTOENETTE FERRELL*, ) | |
| ) | |
| Debtor. ) | |

## MOTION TO SHORTEN NOTICE TIME ON
## MOTION TO SELL REAL ESTATE

COMES NOW Debtor, by and through under-signed counsel, and herein do move pursuant to Local Court Rule 7007-1, for an expedited hearing on the Motion to Sell Real Estate filed August 29, 2016 and in support thereof shows this Honorable court the following:

1.

Debtor filed a Voluntary Petition for relief under Chapter 13 on December 1, 2015.

2.

Debtor is attempting to sell real property located at 4002 Carisbrook Drive, Union City, Fulton County, Georgia. Debtor has a disinterested third party and the real estate representatives for both parties are attempting to schedule a closing. Debtor

3.

Pursuant to Bankruptcy Rule 9006, and this Court's open calendar procedure, the earliest available hearing date would be September 13, 2016 at 10:00AM. If the Motion is not granted, the Debtor will continue to be responsible for the house's maintenance, utilities, taxes, and homeowner's association fees and Debtor can no longer afford those expenses. Debtor may also miss out on the current buyer with no idea when another buyer will come along.

WHEREFORE, based on the foregoing reason, Debtor prays that this request to shorten notice time on the motion be granted.

**[signature on following page]**

Dated: August 29, 2016 /s/

Peter Batalon
GA Bar No. 339830
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(404) 381.8642 x-2419
**Attorney for the Debtor**
atlcourtdocs@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **ANTONETTE FERRELL GREEN** ) | CASE NO. **15-73121-**CRM |
| *A/K/A ANTONETTE FERRELL GREEN* ) | |
| *A/K/A ANTONETTE FERRELL* ) | |
| *A/K/A ANTOENETTE FERRELL*, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion For Expedited Hearing upon the following by depositing a copy of the same via regular mail:

Antonette Ferrell Green
4002 Carisbrook Dr.
Union City, GA 30291

Citimortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898

CitiMortgage, Inc.
c/o CT Corporation System, Reg. Ag.
1201 Peachtree St., NE
Atlanta, GA 30361

CitiMortgage, Inc.
c/o Jane Fraser, CEO
399 Park Ave.
New York, NY 10022

*See attached for additional creditors served*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: August 29, 2016

/s/
Peter Batalon
GA Bar No. 339830
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(404) 381.8642 x-2419

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-73121-crm<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 29 15:52:13 EDT 2016 | Aes/esa<br>Pob 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Craig Z. Black<br>The Semrad Law Firm, LLC<br>Sterling Point II<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 |
| Brentwood Place HOA<br>C/O Kenneth Brown<br>1385 Spring Street NW<br>Atlanta, GA 30309-2845 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Financial Control<br>Po Box 66044<br>Anaheim, CA 92816-6044 |
| CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, South Dakota 57117-6030 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Credit Union Of Atlanta<br>670 Metropolitan Parkway<br>Atlanta, GA 30310-2058 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Frederick J Hanna & Assoc.<br>2253 Northwest Parkway<br>Marietta, GA 30067-8764 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Antonette Ferrell Green<br>4002 Carisbrook Drive<br>Union City, GA 30291-7127 | Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Paul R Knighten<br>Sicay-Perrow & Knighten, P.C.<br>P. O. Box 2108<br>Atlanta, GA 30301-2108 | Magistrate Court of Fulton Co.<br>185 Central Ave SW #Tg400<br>Atlanta, GA 30303-6235 |
| Taylor S. Mansell<br>Shaprio Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Julie D. Mehelic<br>Shapiro Swertfeger & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>c/o Corporation Service Co.<br>40 Technology Pkwy S., Ste. 300<br>Norcross, GA 30092-2924 | Midland Funding, LLC<br>c/o J. Brandon Black, President<br>3111 Camino Del Rio N. Ste. 103<br>San Diego, CA 92108-5721 | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |

| | | |
|---|---|---|
| People's Finance<br>9425 Main St<br>Woodstock, GA 30188-3722 | Peoples Financial Corporation<br>c/o Paul R. Knighten<br>P.O. Box 2108<br>Atlanta, GA 30301-2108 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 |
| TN STUDENT ASSTNCE CORP<br>C/O OFFICE OF TN ATTRNY GEN<br>PO BOX 20207<br>NASHVILLE, TN 37202-4015 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |
| World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | World Finance Corp<br>World Acceptance Corp<br>Po Box 6429<br>Greenville, SC 29606-6429 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit<br>Po Box 183583<br>Arlington, TX 76096 | Ford Motor Credit Company, LLC<br>Po Box 62180<br>Colorado Springs, CO 80962 | Georgia Department of Revenue<br>Bankruptcy Unit<br>1800 Century Blvd. Suite 17200<br>Atlanta, GA 30345-3205 |
| Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CITIMORTGAGE, INC. | (d)ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (u)Peoples Financial |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40