

**IT IS ORDERED as set forth below:**

**Date: August 30, 2016**

*C. Ray Mullins*

C. Ray Mullins
U.S. Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **ANTONETTE FERRELL GREEN** | ) CASE NO. **15-73121**-CRM |
| *A/K/A ANTONETTE FERRELL GREEN* | ) |
| *A/K/A ANTONETTE FERRELL* | ) |
| *A/K/A ANTOENETTE FERRELL,* | ) |
| | ) |
| Debtor. | ) |

### ORDER AND NOTICE OF EXPEDITED HEARING

On August 29, 2016, the Debtor filed a *Motion to Sell Real Estate* (doc #52) and requested an Expedited Hearing on the Motion (doc #53). It appearing that cause exists for an expedited hearing, it is hereby

**ORDERED** that the Debtor's Motion for Expedited Hearing is GRANTED and it is further

**ORDERED** that the hearing on the Debtor's *Motion to Retain Funds and Application for Compensation* will be held on the  13TH  day of September, 2016 at 10:00 AM in Courtroom **1203**, Richard B. Russell Federal Building, 75 Ted Turner Drive, Atlanta, Georgia. It is further

ORDERED that counsel for the Debtors shall serve a copy of this Order and Notice upon the Chapter 13 Trustee and all creditors and parties in interest via e-mail, facsimile or by regular mail and shall file a certificate of such service within one business day.

[END OF DOCUMENT]

Prepared and Presented by:

/s/
Peter Batalon
GA Bar No. 339830
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(404) 381.8642 x-2419
**Attorney for the Debtor**