# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **ANTONETTE FERRELL GREEN** ) | CASE NO. **15-73121-**CRM |
| *A/K/A ANTONETTE FERRELL GREEN* ) | |
| *A/K/A ANTONETTE FERRELL* ) | |
| *A/K/A ANTOENETTE FERRELL*, ) | |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Order on Motion to Shorten Notice Time upon the following by depositing a copy of the same via regular mail:

Antonette Ferrell Green
4002 Carisbrook Dr.
Union City, GA 30291

Citimortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898

CitiMortgage, Inc.
c/o CT Corporation System, Reg. Ag.
1201 Peachtree St., NE
Atlanta, GA 30361

CitiMortgage, Inc.
c/o Jane Fraser, CEO
399 Park Ave.
New York, NY 10022

*See attached for additional creditors served*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: August 30, 2016

/s/
Peter Batalon
GA Bar No.: 339830
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-73121-crm<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 29 15:52:13 EDT 2016 | Aes/esa<br>Pob 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL  60197-5008 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Craig Z. Black<br>The Semrad Law Firm, LLC<br>Sterling Point II<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 |
| Brentwood Place HOA<br>C/O Kenneth Brown<br>1385 Spring Street NW<br>Atlanta, GA 30309-2845 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Central Financial Control<br>Po Box 66044<br>Anaheim, CA 92816-6044 |
| CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, South Dakota 57117-6030 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Credit Union Of Atlanta<br>670 Metropolitan Parkway<br>Atlanta, GA 30310-2058 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Frederick J Hanna & Assoc.<br>2253 Northwest Parkway<br>Marietta, GA 30067-8764 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Antonette Ferrell Green<br>4002 Carisbrook Drive<br>Union City, GA 30291-7127 | Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Paul R Knighten<br>Sicay-Perrow & Knighten, P.C.<br>P. O. Box 2108<br>Atlanta, GA 30301-2108 | Magistrate Court of Fulton Co.<br>185 Central Ave SW #Tg400<br>Atlanta, GA 30303-6235 |
| Taylor S. Mansell<br>Shaprio Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Julie D. Mehelic<br>Shapiro Swertfeger & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>c/o Corporation Service Co.<br>40 Technology Pkwy S., Ste. 300<br>Norcross, GA 30092-2924 | Midland Funding, LLC<br>c/o J. Brandon Black, President<br>3111 Camino Del Rio N. Ste. 103<br>San Diego, CA 92108-5721 | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |

| | | |
|---|---|---|
| People's Finance<br>9425 Main St<br>Woodstock, GA 30188-3722 | Peoples Financial Corporation<br>c/o Paul R. Knighten<br>P.O. Box 2108<br>Atlanta, GA 30301-2108 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 |
| TN STUDENT ASSTNCE CORP<br>C/O OFFICE OF TN ATTRNY GEN<br>PO BOX 20207<br>NASHVILLE, TN 37202-4015 | United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |
| World Acceptance Corporation<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | World Finance Corp<br>World Acceptance Corp<br>Po Box 6429<br>Greenville, SC 29606-6429 | |

```
             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

| | | |
|---|---|---|
| Americredit<br>Po Box 183583<br>Arlington, TX 76096 | Ford Motor Credit Company, LLC<br>Po Box 62180<br>Colorado Springs, CO 80962 | Georgia Department of Revenue<br>Bankruptcy Unit<br>1800 Century Blvd. Suite 17200<br>Atlanta, GA 30345-3205 |
| Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | | |

```
             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.
```

| | | |
|---|---|---|
| (u)CITIMORTGAGE, INC. | (d)ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | (u)Peoples Financial |

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40