

**IT IS ORDERED as set forth below:**

**Date: August 30, 2016**

*C. Ray Mullins*

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **ANTONETTE FERRELL GREEN** ) | CASE NO. **15-73121**-CRM |
| A/K/A ANTONETTE FERRELL GREEN ) | |
| A/K/A ANTONETTE FERRELL ) | |
| A/K/A ANTOENETTE FERRELL, ) | |
| ) | |
| Debtor. ) | |

### ORDER AND NOTICE OF EXPEDITED HEARING

On August 29, 2016, the Debtor filed a *Motion to Sell Real Estate* (doc #52) and requested an Expedited Hearing on the Motion (doc #53). It appearing that cause exists for an expedited hearing, it is hereby

**ORDERED** that the Debtor's Motion for Expedited Hearing is GRANTED and it is further

**ORDERED** that the hearing on the Debtor's *Motion to Retain Funds and Application for Compensation* will be held on the __13TH__ day of __September__, 2016 at __10:00 AM__ in Courtroom **1203**, Richard B. Russell Federal Building, 75 Ted Turner Drive, Atlanta, Georgia. It is further

**ORDERED** that counsel for the Debtors shall serve a copy of this Order and Notice upon the Chapter 13 Trustee and all creditors and parties in interest via e-mail, facsimile or by regular mail and shall file a certificate of such service within one business day.

### [END OF DOCUMENT]

Prepared and Presented by:

__/s/_____
Peter Batalon
GA Bar No. 339830
The Semrad Law Firm
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(404) 381.8642 x-2419
**Attorney for the Debtor**

United States Bankruptcy Court
Northern District of Georgia

In re:
Antonette Ferrell Green
    Debtor

Case No. 15-73121-crm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9    User: slaterc    Page 1 of 1    Date Rcvd: Aug 30, 2016
                    Form ID: pdf534    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
db        +Antonette Ferrell Green,   4002 Carisbrook Drive,   Union City, GA 30291-7127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 30 2016 21:52:52
        Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
        Atlanta, GA 30303-3315
                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                  Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:
          Craig Z. Black   on behalf of Debtor Antonette Ferrell Green ganb.courtview@SLFCourtview.com
          Nancy J. Whaley   ecf@njwtrustee.com
          Paul R Knighten   on behalf of Creditor   Peoples Financial prk@sicay-perrow.com,
           dsp@sicay-perrow.com
                                                     TOTAL: 3